UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISH NETWORK L.L.C.,
ECHOSTAR TECHNOLOGIES L.L.C.,
and NAGRASTAR LLC,

        Plaintiffs,

   v.

ROBERT BAUDER,

        Defendant.

**Case No:** 6:14-cv-01443-GAP-DAB

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C. and NagraStar LLC (collectively, "DISH Network"), respectfully move the Court for default judgment against Defendant Robert Bauder.

DISH Network requests that the Court grant default judgment against Defendant Robert Bauder with respect to Count III of the complaint which alleges violations of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a) and 2520, award statutory damages of $10,000, and enter a permanent injunction.

DISH Network's motion is based on the concurrently filed memorandum of points and authorities, the supporting declarations from Gregory Duval and Steven Rogers, the pleadings on file in this matter, and any other evidence or argument the Court may consider.

DATED: November 6, 2014

Respectfully submitted,

By: /s/ Christopher P. Craven
Christopher P. Craven (admitted *pro hac vice*)
christopher.craven@hnbllc.com
Kevin A. Goldberg (admitted *pro hac vice*)

kevin.goldberg@hnbllc.com
**HAGAN NOLL & BOYLE LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

James A. Boatman, Jr.
jab@boatman-law.com
Florida Bar No. 0130184
**THE BOATMAN LAW FIRM PA**
3021 Airport-Pulling Road North, Suite 202
Naples, FL 34105
Telephone: (239) 330-1494
Facsimile: (239) 236-0376

Attorneys for Plaintiffs DISH Network
L.L.C., EchoStar Technologies L.L.C.,
and NagraStar LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2014, I electronically filed the foregoing with the Clerk of the Court. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Robert Bauder
59 Dorset Drive
Kissimmee, FL 34758

By: /s/ Christopher P. Craven
Christopher P. Craven (admitted *pro hac vice*)
christopher.craven@hnbllc.com
**HAGAN NOLL & BOYLE LLC**
Two Memorial City Plaza
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146