UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DISH NETWORK L.L.C.,
ECHOSTAR TECHNOLOGIES L.L.C.,
and NAGRASTAR LLC,

        Plaintiffs,

                              **Case No:** 6:14-cv-01443-GAP-DAB

  v.

ROBERT BAUDER,

        Defendant.

### DECLARATION OF STEVEN ROGERS IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

I, STEVEN ROGERS, of London, Ontario, Canada declare as follows:

1. I make this declaration based on personal knowledge and, if called upon to testify, would testify competently as stated herein.

2. I am the founder and principal of Digital Evidence International, Inc. ("DEI"). DEI was established in August 2003 and has been providing Internet investigation services and computer forensics analysis since its inception. Prior to that time I was a member of the Royal Canadian Mounted Police, having served 24 years and my last 6 years in charge of the tech crime section for Ontario. During my career with the RCMP, and since my retirement, I conducted or managed hundreds of Internet investigations, and examined or been involved in the collection and examination of thousands of pieces of electromagnetic storage media.

3. DEI was previously retained by Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C. and NagraStar LLC (collectively, "DISH Network") in an investigation related to Francis Phillip, a/k/a Vgiddy and *fphilip@computan.com*. In connection with that investigation and pursuant to a cooperation agreement, Philip provided DEI and DISH Network

with copies of his business records and computers.  DEI obtained forensic copies of the Philip computers on approximately March 21, 2013.  DEI was also provided access to Philip's email account *fphilip@computan.com,* and satellite forum accounts at *Ftazeta.com* and *Dsspros.com.*  I was involved in taking custody of this evidence.

4. The materials obtained through Philip have been examined by myself and others acting under my direction at DEI.  From those records, I am aware that Philip sold subscriptions to a pirate television service called Nfusion Private Server ("NFPS").  Customers would purchase a subscription from Philip, and in exchange receive a 12 or 14 digit passcode to access the NFPS service.  Once the service was accessed, which entailed connecting an unauthorized receiver to the NFPS server, the customer was then able to obtain the control words or "keys" required to decrypt DISH Network programming, which is known in the piracy community as "Internet key sharing" or "IKS."  Subscribers to NFPS used the control words to receive DISH Network's satellite signal without authorization.

5. In reviewing the materials acquired through Philip, DEI was specifically tasked with identifying persons that purchased an NFPS subscription from him.  DEI was also asked to investigate each person's use of NFPS to intercept DISH Network programming.  This was accomplished by examining the Philip materials, information obtained from publicly available websites, and materials received through prior investigations and lawsuits initiated by DISH Network.

6. DEI located the following documents in the materials acquired through Philip, which pertain to the NFPS subscription of Defendant Robert Bauder:

   (a) Exhibit 1 is a true and correct copy of an email dated December 11, 2011, obtained from Philip's email account "fphilip@computan.com".  This email confirms that Robert Bauder, with the email address of "rbauder516@gmail.com" and street address of 59 Dorset Dr.,

Kissimmee, FL 34758, made a $50.00 payment to Philip via PayPal. From reviewing the affidavit of service in this matter, I am aware that Defendant currently resides at the address reflected in Exhibit 1.  (Dkt. 7.)

(b)     Exhibit 2 is a true and correct copy of an email dated December 11, 2011, obtained from Philip's email account "fphilip@computan.com". This email provides two 14-digit passcodes used for accessing the NFPS server for a one-year period of time. Defendant's name, Robert Bauder, is associated with the passcodes 12323675601523 and 21752126218124, and the username "Robert516" on the piracy forum *www.ftazeta.com* ("Ftazeta"). The date in this email corresponds with Defendant's payment to Philip on December 11, 2011, as shown in Exhibit 1.

(c)     Exhibit 3 is a true and correct copy of an email dated December 6, 2012, obtained from Philip's email account "fphilip@computan.com". This email confirms that Robert Bauder, with the email address of "rbauder516@gmail.com" and street address of 59 Dorset Dr., Kissimmee, FL 34758, made a $35.00 payment to Philip via PayPal. From reviewing the affidavit of service in this matter, I am aware that Defendant currently resides at the address reflected in Exhibit 3.  (Dkt. 7.)

(d)     Exhibit 4 is a true and correct copy of an email dated December 6, 2012, obtained from Philip's email account "fphilip@computan.com". This email provides a 14-digit passcode used for accessing the NFPS server for a one-year period of time. Defendant's name, Robert Bauder, is associated with the passcode 46462463198072.  The date in this email corresponds with Defendant's payment to Philip on December 6, 2012, as shown in Exhibit 3.

(e)     Exhibit 5 is a true and correct copy of the relevant pages of a file obtained from Philip's computer. This file matches subscriber names and 14 digit passcodes with specific email addresses and member usernames on Ftazeta, a piracy-related website. Defendant's name and the 14 digit passcode contained in Exhibit 4 are associated with the Ftazeta username "Robert516" and email address "rbauder516@gmail.com". The date in this file corresponds with Defendant's payment to Philip and subsequent receipt of his personal 14-digit passcode, as

shown in Exhibit 4.

7.	DEI located a user named "Robert516" on Ftazeta. From reviewing the content of that website, I am aware that Ftazeta provided a forums section where members discussed the unauthorized reception of DISH Network programming, including NFPS. The materials obtained through Philip, specifically Exhibits 1-5, and the posts made by "Robert516" on Ftazeta lead me to conclude that Defendant is the person that uses the "Robert516" moniker on the Ftazeta forums. Posts by Defendant include the following:

(a)	Exhibit 6 is a true and correct copy of a post Defendant made on January 7, 2013 in a forum titled "Issues with NFPS service". In this thread, Defendant is asking for help fixing his connection to NFPS and states "I was up last night with minor freezing today I have nothing…" Despite the present inability to connect to the NFPS server, Defendant acknowledges that he was able to connect to the service the night before.

(b)	Exhibit 7 is a true and correct copy of a post Defendant made on February 15, 2013 in a forum titled "Issues with NFPS service". In this thread, members of Ftazeta are discussing their inability to connect to the NFPS service and Defendant states "up and running good now for me for over an hour and half port 16110 went down at 10am for less than hour".

(c)	Exhibit 8 is a true and correct copy of a post Defendant made on April 10, 2013 in a forum titled "NFPS Channel list + Channel requests". In this thread, posters are discussing the availability of Pay-Per View programming and Defendant states "…some days I notice that the ppv might not work in morning but come on in the afternoon…"

(d)	Exhibit 9 is a true and correct copy of a post Defendant made on April 10, 2013 in a forum titled "NFPS Channel list + Channel requests". In this thread, posters are thanking NFPS for providing them with their local channels and Defendant posts, "yes thank you nfps my locals are back up."

(e)	Exhibit 10 is a true and correct copy of a post Defendant made on May 26, 2013 in a forum titled "NFPS Channel list + Channel requests". In this thread, Defendant is requesting that NFPS show a particular channel and states "daystar worked last week in and out

this week thank you for your help in this matter".

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 4, 2014.

                                                                _____
                                                                Steven Rogers