# EXHIBIT 1

**From:**    rbauder516@gmail.com
**To:**    Francis Philip
**Subject:**    Robert Bauder sent you $50.00 USD
**Date:**    Sunday, December 11, 2011 1:04:25 PM



## Robert Bauder sent you $50.00 USD

Transaction ID:
**7L008155RP404052K**

Hello Francis Philip,

Just thought you'd like to know Robert Bauder sent you $50.00 USD.

[ Get the details ]

Once the money's there you can:

   Spend the money online at thousands of stores that accept PayPal.

   Send money to friends and family domestically and internationally.

   Transfer it to your bank account.

**Don't see the money in your account?**

Don't worry - sometimes it just takes a few minutes for it to show up.

**Shipping address**

Robert Bauder
59 dorset dr
kissimmee, FL 34758
United States

Help Centre | Resolution Centre | Security Centre

This email was sent by an automated system, so if you reply, nobody will see it. To get in touch with us, log in to your account and click "Contact Us" at the bottom of any page.

Copyright © 2011 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal Email ID PP1546

# EXHIBIT 2

| **From:** | Francis Philip |
|---|---|
| **To:** | rbauder516@gmail.com |
| **Bcc:** | |
| **Subject:** | Donation #s. |
| **Date:** | Sunday, December 11, 2011 1:49:35 PM |

11th. December, 2011.

Hello Robert Bauder (Robert516),

These are new Donation #s that have not been added to the Checker Database and will not show if checked.

Here are your Donation #s: 12323675601523 & 21752126218124. Port: DN - 11110 & BEV - 11111.

Server Address:  1.nfps.ws (or use Server IP - 62.212.88.227)

Des Keys: 6103403445406970987123412134

These Donation #s are valid for 1 year and should they fail at any time, Please inform me and I will send you a temporary code until the original code is restored or replaced.

Francis.

ps. Please save this message for future reference.

Donation # goes into User Name and Password

# EXHIBIT 3

**From:** rbauder516@gmail.com
**To:** Francis Philip
**Subject:** Robert Bauder sent you $35.00 USD
**Date:** Thursday, December 06, 2012 3:53:51 PM



## Robert Bauder sent you $35.00 USD

Transaction ID: 1ES71578XU5960050

Hello Francis Philip,

Just thought you'd like to know Robert Bauder sent you $35.00 USD.

<span style="background:orange;">Get the details</span>

Once the money's there you can:

 Spend the money online at thousands of stores that accept PayPal.

 Send money to friends and family domestically and internationally.

 Transfer it to your bank account.

**Don't see the money in your account?**

Don't worry - sometimes it just takes a few minutes for it to show up.

**Shipping address**

Robert Bauder
59 dorset dr
kissimmee, FL 34758
United States

Help Centre | Resolution Centre | Security Centre

This email was sent by an automated system, so if you reply, nobody will see it. To get in touch with us, log in to your account and click "Contact Us" at the bottom of any page.

Copyright © 2012 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal Email ID PP1546

# EXHIBIT 4

| | |
|---|---|
| **From:** | Francis Philip |
| **To:** | rbauder516@gmail.com |
| **Bcc:** | |
| **Subject:** | Donation #. |
| **Date:** | Thursday, December 06, 2012 4:17:45 PM |

6th. December, 2012

Hello Robert Bauder,

**Please email me your forum name for my records.**

Here is your Donation #: 46462463198072. Port: 16110.

**Server IP: 79.142.79.21 (2.nfpstv.com) or <span style="color:red">(2.NFPS.BZ) This Domain name in CAPS is Permanent.</span>**

Des Keys: 6103403445406970987123412134

These Donation #s are valid for 1 year and should they fail at any time, Please inform me and I will
get the original code restored or repaired.


Francis.

ps. Please save this message for future reference.

Donation # goes into User Name and Password.

# EXHIBIT 5

| First Name | Last Name | Date | Donation # | Username | Port | Email address | Code set # |
|---|---|---|---|---|---|---|---|
| Robert | Bauder | 12/6/2012 | 46462463198072 | Robert516 | 16110 | rbauder516@gmail.com | eltwenty84 |

# EXHIBIT 6





Welcome to the FTAZETA - Jynxbox, NFusion, iLink, CaptiveWorks, NFPS Forum.

Register Login: User Name Password Remember Me? Login

Forum What's New? NFPS SITE Gameroom [0] Glossary Search

New Posts FAQ Calendar Community Forum Actions Quick Links Advanced Search

Forum Main Category Issues with NFPS service server problems or my internet problems

If this your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

Results 1 to 10 of 12 Page 1 of 2 1 2 Last

**Thread: server problems or my internet problems**

LinkBack Thread Tools Search Thread Display

01-07-2013, 08:03 AM #1

amigus
Banned
BANNED
Join Date: Jun 2011
Posts: 100
Post Thanks / Like

**server problems or my internet problems**

server freezing up every 5minutes . from what i read so far about servers freezing every 5min is a server problem.
Time come we must stop telling customer that it is there problems.what u think nfps.

Share

01-07-2013, 08:12 AM #2

EastBayJay510
Guest

no freezing here this morning just yet for me

Share

01-07-2013, 08:18 AM #3

amigus
Banned
BANNED
Join Date: Jun 2011
Posts: 100
Post Thanks / Like

what i realize from my 3yrs now using nfps on weekend it freezes more than eny other time . From what i read 2 things causes freezing every 5min low ping or is overloaded.thanks for your reply eastbay jay510

Share

01-07-2013, 08:53 AM #4

coder
FTA Newbie
MEMBER
Join Date: Oct 2011
Posts: 10

Mine is working pretty good today. Yesterday was absolutely brutal on port 16010. Was definitely the server end, no matter what others say.

Post Thanks / Like

Share

01-07-2013, 09:19 AM                                                                    #5

**amigus** 🔴
Banned
Join Date: Jun 2011
Posts: 100

that is what i am talking about coder. on weekend more people what be at home using the service. that is why i believe that the server is overloaded.

Post Thanks / Like

Share

01-07-2013, 09:58 AM                                                                    #6

**svendel35** 🔴
Banned
Join Date: Dec 2012
Posts: 34

I agree...port 16010 was unwatchable yesterday. Port 16110 was working good, but 16010 was not.

- - - Updated - - -

I agree...port 16010 was unwatchable yesterday. Port 16110 was working good, but 16010 was not.

Post Thanks / Like

Share

01-07-2013, 10:24 AM                                                                    #7

**sat2u** 🔴
FTA Newbie
Join Date: Nov 2012
Location: Tequila area
Posts: 16

have same issues as stated,in the past went to a piv sev paying much more and was having the same results. seems that this hobby is slowly going away,just my 2 cents.

Post Thanks / Like

Share

01-07-2013, 12:16 PM                                                                    #8

nobody
Guest

> Originally Posted by **sat2u** [Dear Guest/Member you can't see link before reply click here to register]
> have same issues as stated,in the past went to a piv sev paying much more and was having the same results. seems that this hobby is slowly going away,just my 2 cents.

this hobby/ exploit isn't going away anytime soon ;D

- - - Updated - - -

> Originally Posted by **sat2u** [Dear Guest/Member you can't see link before reply click here to register]
> have same issues as stated,in the past went to a piv sev paying much more and was having the same results. seems that this hobby is slowly going away,just my 2 cents.

this hobby/ exploit isn't going away anytime soon ;D

Share

server problems or my internet problems



**01-07-2013, 12:21 PM**     #9

**Robert516** 🔴

FTA Pro

**MEMBER**

| Join Date: | May 2011 |
| --- | --- |
| Location: | sunshine state |
| Posts: | 182 |

Post Thanks / Like

I was up last night with minor freezing today I have nothing have a sv360p and solaris running noi neither one working today on port 16110 can any one fill me in

- - - Updated - - -

I was up last night with minor freezing today I have nothing have a sv360p and solaris running noi neither one working today on port 16110 can any one fill me in

Share

**01-07-2013, 12:36 PM**     #10

**tveng** 🔴

Knows FTA

**MEMBER**

| Join Date: | Aug 2011 |
| --- | --- |
| Posts: | 97 |

Post Thanks / Like

This happens every year after the holidays. Many new subs "as gifts" causes servers to overload. Will slowly subside as subs drop off or they add more equipment to handle the new load.

- - - Updated - - -

.

Share



Page 1 of 2   1   2   ▶   Last ▶▶

« Previous Thread | Next Thread »



**Posting Permissions**

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

**BB code** is On
**Smilies** are On
**[IMG]** code is On
**[VIDEO]** code is On
HTML code is Off
**Trackbacks** are On

**Pingbacks** are On
**Refbacks** are On

**Forum Rules**

NFPS Translations provided by vBET4



Contact Us    FTAZETA    Archive    Top

-- creative ▼

Thanks to vBET 4.7.1 enjoy automatic translations
©2011 NFPS Support | All right reserved
Powered by vBulletin™
Copyright © vBulletin Solutions, Inc. All rights reserved.
SEO by vBSEO 3.6.1
Web Hosting
All times are GMT -7. The time now is 08:35 AM.
CompleteVB skins shared by PreSofts.Com

Inactive Reminders By TalkVirginia.net

CreativeCreature 4.0
by CompletevB

# EXHIBIT 7





Welcome to the FTAZETA - Jynxbox, NFusion, iLink, CaptiveWorks, NFPS Forum.

Register Login: User Name Password Remember Me? Login

Forum What's New? NFPS SITE Gameroom [0] Glossary Search

New Posts FAQ Calendar Community Forum Actions Quick Links Advanced Search

Forum Main Category Issues with NFPS service ARE WE OFICIALLY DOWN

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

Results 1 to 10 of 38 Page 1 of 4 1 2 3 ... Last

**Thread: ARE WE OFICIALLY DOWN**

LinkBack Thread Tools Search Thread Display

02-15-2013, 09:45 AM #1

ponte

FTA Newbie

MEMBER

**Join Date:** Jan 2012

**Posts:** 20

**Post Thanks / Like**

**ARE WE OFICIALLY DOWN**

Hi,

Apart from stolen codes not working I want to know if we are officially down or not. I haven't seen any posts from MODs or Admin and the portal is still all green. I have 2 working codes purchased in DEC and I am down/ not connecting.

Thanks

Share

02-15-2013, 09:55 AM #2

buddy4406

Guest

The server is up with limited channels at this time. Try 140 and see if it's working.

Share

02-15-2013, 09:58 AM #3

baccaraty

FTA Pro

MEMBER

**Join Date:** Oct 2012

**Posts:** 231

**Post Thanks / Like**

**[Dear Guest/Member you can't see link before reply click here to register]**

Share

02-15-2013, 09:59 AM #4

langster22

Knows FTA

MEMBER

**Join Date:** Feb 2012

Same here and I tryed 140 still no go NF HD
port 12110

**Posts:** 27

Post Thanks / Like

Share

---

02-15-2013, 10:00 AM            #5

**buddy4406**
Guest

   Originally Posted by **baccaraty** [Dear Guest/Member you can't see link before reply **click here to register**]

[Dear Guest/Member you can't see link before reply **click here to register**]

He wasn't looking for that form.

Share

---

02-15-2013, 10:00 AM            #6

**Buddd** 🔴

Knows FTA
MEMBER

**Join Date:** Jul 2011
**Posts:** 89

Post Thanks / Like

friends is up rock solid all chnls even HDs 😎

Share

---

02-15-2013, 10:04 AM            #7

**ponte** 🔴

FTA Newbie
MEMBER

**Join Date:** Jan 2012
**Posts:** 20

Post Thanks / Like

Hi buddy4406 140 is not working for me I'm on Server 1.nfpstv.com Port: 10610

Share

---

02-15-2013, 10:04 AM            #8

**akuma_01** 🔴

FTA Pro
MEMBER

**Join Date:** Jul 2011
**Posts:** 127

Post Thanks / Like

i'm up also, all morning, but what about PPV? they are down for me anyone else?

Share

---

02-15-2013, 10:10 AM            #9

**buddy4406**
Guest

channels like 200 are not up for me, but 300 and some HD like 9408 are.

Share



02-15-2013, 10:11 AM                                                                                    #10

**Robert516** 🔴

FTA Pro

MEMBER

| Join Date: | May 2011 |
| Location: | sunshine state |
| Posts: | 182 |

Post Thanks / Like

up and running good now for me for over any hour and half port 16110 went down at 10am for less than hour

Share

Page 1 of 4 | 1 | 2 | 3 | ... | Last »

« Previous Thread | Next Thread »

**Posting Permissions** 

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

**Pingbacks** are On
**Refbacks** are On

**BB code** is On
**Smilies** are On
**[IMG]** code is On
**[VIDEO]** code is On
HTML code is Off
**Trackbacks** are On

**Forum Rules**

NFPS Translations provided by vBET4

Contact Us    FTAZETA    Archive    Top

-- creative ▼

Languages translations supported by vBET 4.7.1
©2011 NFPS Support | All right reserved
Powered by vBulletin™
Copyright © vBulletin Solutions, Inc. All rights reserved.
SEO by vBSEO 3.6.1
Web Hosting
All times are GMT -7. The time now is 08:35 AM.
CompleteVB skins shared by PreSofts.Com



Inactive Reminders By TalkVirginia.net

# EXHIBIT 8

Welcome to the FTAZETA - Jynxbox, NFusion, iLink, CaptiveWorks, NFPS Forum.

Register Login: User Name Password Remember Me? Login

FTA Zeta

OFFICIAL NFPS FORU

Forum What's New? NFPS SITE Gameroom [0] Glossary Search

New Posts FAQ Calendar Community Forum Actions Quick Links Advanced Search

Forum Main Category NFPS Channel list + Channel requests Understanding the 500 channels

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

Results 1 to 4 of 4

**Thread: Understanding the 500 channels**

LinkBack Thread Tools Search Thread Display

04-10-2013, 09:26 AM #1

etapiau

FTA Newbie

MEMBER

| | |
|---|---|
| **Join Date:** | Jan 2012 |
| **Posts:** | 17 |

**Post Thanks / Like**

**Understanding the 500 channels**

Now that I have everything working, I see that only a couple of these work....What are we to expect here or where do we find the info,,,Thanks

Share

**Reply With Quote**

04-10-2013, 09:39 AM #2

buddy4406

Guest

They never have all of the PPV channels working at the same time. Usually the most current movies will work. These would be from 526 to around 540 but that's not always the case.

Share

**Reply With Quote**

04-10-2013, 09:58 AM #3

Robert516

FTA Pro

MEMBER

| | |
|---|---|
| **Join Date:** | May 2011 |
| **Location:** | sunshine state |
| **Posts:** | 182 |

**Post Thanks / Like**

yes and some days I notice that the ppv might not work in morning but come on in the afternoon just so you know if not working check it later and they will more than likily be on

Share

**Reply With Quote**

04-10-2013, 11:01 AM #4

etapiau

FTA Newbie

MEMBER

Thanks for the replies...looks like what I see on my recievers...





| Join Date: | Jan 2012 |
|---|---|
| Posts: | 17 |

Post Thanks / Like 

Share

Reply With Quote

« Previous Thread | Next Thread »



**Posting Permissions**

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

**BB code** is On
**Smilies** are On
**[IMG]** code is On
**[VIDEO]** code is On
HTML code is Off
**Trackbacks** are On

**Pingbacks** are On
**Refbacks** are On

**Forum Rules**

NFPS Translations provided by vBET4



**Contact Us**      **FTAZETA**      **Archive**      **Top**

-- creative

Translations *delivered by vB Enterprise Translator* 4.7.1
©2011 NFPS Support | All right reserved
Powered by *vBulletin™*
Copyright © vBulletin Solutions, Inc. All rights reserved.
SEO by *vBSEO* 3.6.1
*Web Hosting*
All times are GMT -7. The time now is 08:34 AM.
CompleteVB skins shared by *PreSofts.Com*

Inactive Reminders By *TalkVirginia.net*

CreativeCreature 4.0
by CompletevB

# EXHIBIT 9

Welcome to the FTAZETA - Jynxbox, NFusion, iLink, CaptiveWorks, NFPS Forum.



**OFFICIAL N**

**Forum**   **What's New?**   **NFPS SITE**   **Gameroom [0]**   **Glossary**

New Posts   FAQ   Calendar   Community   Forum Actions   Quick Links

Register     Login:  [User Name]  [Password]   ☐ Remember Me?   [Login]

[Search]   Advanced Search

🏠 **Forum**  ▸  **Main Category**  ▸  **NFPS Channel list + Channel requests**  ▸  DETROIT LOCALS ALL WORK

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

Results 1 to 6 of 6

**Thread: DETROIT LOCALS ALL WORK**

LinkBack   Thread Tools   Search Thread   Display



04-10-2013, 12:43 PM                                                                    #1

**scottyb77** 🔴

FTA Newbie

**MEMBER**

| Join Date: | Aug 2011 |
| Posts: | 11 |

Post Thanks / Like ▾

**DETROIT LOCALS ALL WORK**

I havent seen this posted anywhere and I dont know if anyone noticed but i sure did DETROIT LOCALS 2,4,7,AND 62 IN hd 6459, 6460, 6461, 6462, 6466 AND 8030, 8031, 8032, 8033, 8034 AND 8035 ALL WORK THANK YOU NFPS GREAT JOB

Share

Reply With Quote

Post Thanks / Like

👍 dialupham liked this post

04-10-2013, 02:18 PM                                                                    #2

**man12025** 🔴

Knows FTA

**MEMBER**

| Join Date: | Apr 2013 |
| Posts: | 70 |

Post Thanks / Like ▾

also NY locals 8100 and up working

Share

Reply With Quote

04-10-2013, 02:23 PM                                                                    #3

**Robert516** 🔴

FTA Pro

**MEMBER**

| Join Date: | May 2011 |
| Location: | sunshine state |
| Posts: | 182 |

Post Thanks / Like ▾

yes thank you nfps my locals are back up

Share



**Detroit LOCALS ALL WORK**

**04-10-2013, 06:32 PM**      Reply With Quote    #4

**techer** 🔴
FTA Newbie
**MEMBER**

| Join Date: | Dec 2012 |
| Posts: | 13 |

Post Thanks / Like

I cant get them in canada lol

Share

**04-11-2013, 06:58 AM**      Reply With Quote    #5

**ynot** 🔴
FTA Nerd
**MEMBER**

| Join Date: | Sep 2011 |
| Posts: | 305 |

Post Thanks / Like

great to hear.......hope it lasts

I even got to watch the ballgame on FS Detroit 430 yesterday ......without any blackout

Share

**04-11-2013, 07:14 AM**      Reply With Quote    #6

**theuduk** 🔴
FTA Guru
**MEMBER**

| Join Date: | May 2011 |
| Posts: | 1,100 |

Post Thanks / Like

> Originally Posted by **techer** [Dear Guest/Member you can't see link before reply click here to register]
> I cant get them in canada lol

Spotbeam is quite wide I get it about 440kn NE of Detroit so a fairly large spotbeam, of course it will fade away so some can not get it in Canada and USA.

Share

Reply With Quote



« Previous Thread | Next Thread »



**Posting Permissions**

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

**BB code** is On
**Smilies** are On
**[IMG]** code is On
**[VIDEO]** code is On
HTML code is Off
**Trackbacks** are On

**Pingbacks** are On
**Refbacks** are On

**Forum Rules**

NFPS Translations provided by vBET4

DETROIT LOCALS ALL WORK

**Contact Us**    **FTAZETA**    **Archive**    **Top**

-- creative ▼



Multilingual community supported by vBET Translator 4.7.1
©2011 NFPS Support | All right reserved
Powered by vBulletin™
Copyright © vBulletin Solutions, Inc. All rights reserved.
SEO by vBSEO 3.6.1
Web Hosting
All times are GMT -7. The time now is 08:34 AM.
CompleteVB skins shared by PreSofts.Com

Inactive Reminders By TalkVirginia.net

# EXHIBIT 10

Welcome to the FTAZETA - Jynxbox, NFusion, iLink, CaptiveWorks, NFPS Forum.



**Forum**    What's New?    NFPS SITE    Gameroom [0]    Glossary

New Posts   FAQ   Calendar   Community   Forum Actions   Quick Links

[Search]    Advanced Search

🏠 Forum   ▸ Main Category   ▸ NFPS Channel list + Channel requests   ▸ Please bring back daystar

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

Results 1 to 2 of 2

**Thread: Please bring back daystar**



LinkBack    Thread Tools    Search Thread    Display

05-26-2013, 06:44 AM     #1

**Robert516** 🔴

FTA Pro

Join Date: May 2011
Location: sunshine state
Posts: 182

Post Thanks / Like

**Please bring back daystar**

daystar worked last week in and out this week thank you for your help in this matter

Share

Reply With Quote

05-26-2013, 11:37 AM     #2

**kishray** 🔴

Knows FTA

Join Date: Mar 2013
Posts: 64

Post Thanks / Like

I totally agree with you. Please bring this channel back.

Share

Reply With Quote

« Previous Thread | Next Thread »

**Posting Permissions**

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

**BB code** is On
**Smilies** are On
**[IMG]** code is On
**[VIDEO]** code is On
HTML code is Off

**Pingbacks** are On
**Refbacks** are On

**Trackbacks** are On

Please bring back daystar

**Forum Rules**

NFPS Translations provided by vBET4

**Contact Us**     **FTAZETA**     **Archive**     **Top**

-- creative



vBET 4.7.1 brings automatic translations
©2011 NFPS Support | All right reserved
Powered by vBulletin™
Copyright © vBulletin Solutions, Inc. All rights reserved.
SEO by vBSEO 3.6.1
Web Hosting
All times are GMT -7. The time now is 08:34 AM.
CompleteVB skins shared by PreSofts.Com

Inactive Reminders By TalkVirginia.net