# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DISH NETWORK L.L.C., ECHOSTAR
TECHNOLOGIES L.L.C. and
NAGRASTAR LLC,**

        **Plaintiffs,**

**v.**                                  **Case No:  6:14-cv-1443-Orl-31DAB**

**ROBERT BAUDER,**

        **Defendant.**

_____

# ORDER

    This cause comes before the Court on Motion for Default Judgment (Doc. No. 21) filed November 6, 2014.

    On March 12, 2015, the United States Magistrate Judge issued a report (Doc. No. 22) recommending that the motion be granted. No objections have been filed.   Therefore, it is

    **ORDERED** as follows:

1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    The Motion for Default Judgment is **GRANTED**.   The Court will enter final judgment separately.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on April 1, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party